IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROBERT E. GUY**                                                                                    **PLAINTIFF**

V.                                                        CIVIL ACTION NO. 2:15-CV-146-KS-MTP

**FORNEA 5, LLC**                                                                                **DEFENDANT**

## ORDER

Plaintiff shall respond to Defendant's Motion in Limine [46] on or before **Friday, February 10, 2017.** If Defendant wishes to reply, it may do so on or before **noon on Tuesday, February 14, 2017**. An expedited briefing schedule is necessary so that the Court may address the motion before the pretrial conference scheduled for Thursday, February 16, 2017.

SO ORDERED AND ADJUDGED, on this, the ___8th___ day of February, 2017.


                                                                 s/ Keith Starrett
                                                        UNITED STATES DISTRICT JUDGE